UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
SHEINDEL AKSELROD

                      Plaintiff,

     -against-

CAVALRY PORTFOLIO SERVICES, LLC

                      Defendant.
--------------------------------------------------------

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 12 2019 ★

BROOKLYN OFFICE

18 CV 4927 (ILG) (RML)

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of the plaintiff (defendant not having appeared), that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed and without costs to either party.

*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C. (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-668-6945

SO ORDERED:

   s/I. Leo Glasser, USDJ
_____
U.S.D.J.